THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Elaine Arakas
 Teruel, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Percival Dimen
 Teruel, Appellant.
 
 
 
 
 

Appeal From Horry County
H. T. Abbott, III, Family Court Judge

Unpublished Opinion No. 2009-UP-590
 Submitted December 1, 2009  Filed
December 14, 2009    

AFFIRMED

 
 
 
 Percival Dimen Teruel, pro se, of Myrtle
 Beach, for Appellant.
 Deborah Harrison Sheffield, of Columbia,
 for Respondent.
 
 
 

PER CURIAM: In this domestic action, Percival Dimen Teruel (Husband) appeals the family court's final decree of
 divorce.  According to Teruel, the family court erred in: (1) denying his
 motion for a continuance; (2) finding Elaine Teruel (Wife) did not disclose an
 individual banking account; (3) awarding Wife custody of their minor children;
 (4) ordering him to pay child support arrearages; (5) determining the amount of
 child support; (6) finding the marital home was not subject to distribution;
 (7) finding Wife's interest in the Teruel-Arakas Family, LLC was not subject to
 distribution; (8) finding Wife's interest in the National House of Pancakes was
 not subject to distribution; (9) denying Husband's request for alimony; (10)
 not ruling on whether Wife's stocks and bonds were subject to equitable
 distribution; and (11) concluding Wife was entitled to a divorce on the ground
 of one year of continuous separation.  Additionally, Husband asserts there are
 discrepancies in the trial transcript. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: In re Care and
 Treatment of McCracken, 346 S.C. 87, 93, 551 S.E.2d 235, 239 (2001) ("A
 bald assertion, without supporting argument, does not preserve an issue for
 appeal.").
AFFIRMED.
HUFF, J.,
 GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.